United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PASTENE MILLER,

      Plaintiff,

    vs.

SOUTHWEST CREDIT SYSTEMS, L.P.,

      Defendant.

Case No.: 12-CV-03788-YGR

**NOTICE OF COMPLIANCE HEARING**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. (Dkt. No. 17.) Accordingly, all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on Friday, April 19, 2013 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

    **IT IS SO ORDERED.**

Dated: February 11, 2013

                                _____
                                **YVONNE GONZALEZ ROGERS**
                                **UNITED STATES DISTRICT COURT JUDGE**