1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13 | Patsene Miller,                        | Case No.: 4:12-cv-03788-YGR
14 |                    Plaintiff,          | **[PROPOSED]** ORDER
15 |        vs.
16 | Southwest Credit Systems, L.P.; and
17 | DOES 1-10, inclusive,
18 |                    Defendants.
19

20        Based on the Stipulation of counsel, the case is **DISMISSED WITH PREJUDICE**,

21 each party to bear its own attorney fees and costs.

22        The compliance hearing scheduled for April 19, 2013 is **VACATED**.  This Order

23 terminates Dkt. No. 19.

24

25 Date: April 12, 2013

26                                          Judge: Yvonne Gonzalez Rogers

27

28